UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BUILDING SERVICE 32BJ HEALTH FUND,
BUILDING SERVICE 32BJ LEGAL SERVICES
FUND, BUILDING SERVICE 32BJ THOMAS
SHORTMAN TRAINING, SCHOLARSHIP AND
SAFETY FUND,

                              Plaintiffs,

-against-

SHAMROCK ACQUISITIONS, CORP. d/b/a
SHAMROCK BUILDING SERVICES AND
SHAMROCKBUILDING SERVICES CORPORATION
d/b/aSHAMROCK BUILDING SERVICES,

                              Defendant.
------------------------------------------------------------------X

RULE 7.1
STATEMENT
08-CV- 898 (RJS)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Building Service 32BJ Health Fund, Building Service 32BJ Legal Services Fund, and the Building Thomas Shortman Training, Scholarship and Safety Fund, certifies that the following are corporate parents, subsidiaries, or affiliates of that party:

                              None

Dated: January 23, 2008

                              RAAB, STURM, GOLDMAN & GANCHROW, LLP

                              By: _____
                              Ira A. Sturm (IS-2042)
                              *Attorneys for Plaintiffs Funds*
                              317 Madison Avenue, Suite 1708
                              New York, New York 10017
                              Tel. (212) 683-6699
                              Fax (212) 779-8596