Sweet

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
BUILDING SERVICE 32BJ HEALTH FUND,
BUILDING SERVICES 32BJ LEGAL SERVICES
FUND, BUILDING SERVICES 32BJ THOMAS          :   08-CV-00898 (RWS)(JCF)
SHORTMAN TRAINING, SCHOLARSHIP AND
SAFETY FUND,                                                     STIPULATION

        Plaintiffs,

-against-

SHAMROCK ACQUISITIONS, CORP. d/b/a
SHAMROCK BUILDING SERVICES AND
SHAMROCK BUILDING SERVICES
CORPORATION d/b/a SHAMROCK BUILDING
SERVICES,

        Defendants.
------------------------------------------------------------- x


RECEIVED MAR 2 7 2008 JUDGE SWEET CHAMBERS

IS HEREBY STIPULATED AND AGREED that defendant, Shamrock Acquisitions, Corp. shall have until April 30, 2008 to Answer or otherwise move with respect to the Complaint.

Dated: New York, New York
       March 21, 2008

ROBINSON & COLE LLP

By: _____
Michael B. Golden, Esq. (MG-0633)
Attorneys for Defendants
885 Third Avenue, Suite 2800
New York, NY 10022
212-451-2900

RAAB STURM GOLDMAN &
GANCHROW, LLP

By: _____
Ira Sturm, Esq. (IS-2042)
Attorneys for Plaintiffs
317 Madison Avenue
Suite 1708
New York, New York 10017
212-638-6699

SO ORDERED:

_____
USDJ  3·27·08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/08

NEWY1-636358-1