UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
BUILDING SERVICE 32BJ HEALTH FUND,
BUILDING SERVICES 32BJ LEGAL SERVICES
FUND, BUILDING SERVICES 32BJ THOMAS     :   08-CV-00898 (RWS)(JCF)
SHORTMAN TRAINING, SCHOLARSHIP AND
SAFETY FUND,                            :   STIPULATION

        Plaintiffs,
  -against-

SHAMROCK ACQUISITIONS, CORP. d/b/a
SHAMROCK BUILDING SERVICES AND
SHAMROCK BUILDING SERVICES
CORPORATION d/b/a SHAMROCK BUILDING
SERVICES,

        Defendants.
------------------------------------------------------------ x



IS HEREBY STIPULATED AND AGREED that defendant, Shamrock Acquisitions,

Corp. shall have until April 30, 2008 to Answer or otherwise move with respect to the

Complaint.

Dated: New York, New York
      March 21, 2008

ROBINSON & COLE LLP                     RAAB STURM GOLDMAN &
                                        GANCHROW, LLP

By: _____             By: _____
Michael B. Golden, Esq. (MG-0633)       Ira Sturm, Esq. (IS-2044)
Attorneys for Defendants                Attorneys for Plaintiffs
885 Third Avenue, Suite 2800            317 Madison Avenue
New York, NY 10022                      Suite 1708
212-451-2900                            New York, New York 10017
                                        212-638-6699

SO ORDERED:

_____
USDJ
4 2 08

NEWY1-636358-1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/08