UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
BUILDING SERVICE 32BJ HEALTH FUND, :
BUILDING SERVICES 32BJ LEGAL SERVICES :
FUND, BUILDING SERVICES 32BJ THOMAS : 08-CV-00898 (RWS)(JCF)
SHORTMAN TRAINING, SCHOLARSHIP AND :
SAFETY FUND, : AFFIDAVIT OF SERVICE
:
                Plaintiffs, :
  -against- :
:
SHAMROCK ACQUISITIONS, CORP. d/b/a :
SHAMROCK BUILDING SERVICES AND :
SHAMROCK BUILDING SERVICES :
CORPORATION d/b/a SHAMROCK BUILDING :
SERVICES, :
:
                Defendants. :
------------------------------------------------------------ x
STATE OF NEW YORK  )
                          ) ss.:
COUNTY OF NEW YORK  )

      Kathy Corbett, being duly sworn deposes and says I am not a party to the action; I am over 18 years of age; and I reside in Staten Island, New York.

      That on April 29, 2008, I caused to be served by hand (via RDS Delivery Service) the annexed AFFIDAVIT IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION and MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION, addressed to:

                        Ira A. Sturm, Esq.
                        Raab Sturm & Goldman, LLP
                        317 Madison Avenue, Suite 1708
                        New York, NY 10017

                                          _____
                                                 Kathy Corbett

Sworn to before me this
29th day of April, 2008.

_____
Notary Public

Brenda Fishman
Notary Public, State of New York
No. 01FI6042451
Qualified in Queens County
My Commission Expires 05-30-20 10

NEWY1-636662-1