Sweet, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BUILDING SERVICE 32BJ HEALTH FUND,
BUILDING SERVICE 32BJ LEGAL SERVICES
FUND, BUILDING SERVICE 32BJ THOMAS
SHORTMAN TRAINING, SCHOLARSHIP AND        STIPULATION OF
SAFETY FUND,                               DISMISSAL
                             Plaintiffs,        08-CV-00898 (RWS)(JCF)

   -against-

SHAMROCK ACQUISITIONS, CORP. d/b/a
SHAMROCK BUILDING SERVICES AND
SHAMROCKBUILDING SERVICES CORPORATION
d/b/aSHAMROCK BUILDING SERVICES,
                             Defendants.
-----------------------------------------------------------X

The parties, through the signatures of their counsel on this Stipulation, stipulate to dismiss this action without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil procedure.

Dated: New York, New York
       May 27, 2008


RAAB, STURM, GOLDMAN & GANCHROW, LLP      ROBINSON & COLE

By: _____               By: _____
    Ira A. Sturm (IS-2042)                          Michael B. Golden (MG-0833)
    *Attorneys for Funds*                             *Attorneys for Defendants*
    317 Madison Avenue, Suite 1708           885 Third Avenue, 28th Floor
    New York, New York 10017                  New York, New York 10022-4834
    Tel. (212) 683-6699                                Tel. (212) 451-2911
    Fax: (212) 779-8596                              Fax: (212) 451-2999

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08

Sweet
U.S.D.J.
6-24-08